# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# ORDER OF THE EXECUTIVE COMMITTEE

IT APPEARING THAT case number 19cv3263 was electronically opened in error, therefore

IT IS HEREBY ORDERED that the assignment of 19cv3263 shall be vacated and that case number 19cv3263 shall not be used for any other proceeding.

ENTER:

FOR THE EXECUTIVE COMMITTEE

Chief Judge Ruben Castillo

Dated at Chicago, Illinois this 17th day of May, 2019.